AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) Case No.   6:23-mj-00023-HBK |
| STEPHANIE RUTH WAGNER, | ) ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; report to USM by 9/25/2023 4:00 PM for processing.

(3) The defendant shall abstain from the excessive use of alcohol.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:   United States District Court, Yosemite, CA
_____
*Place*

on   11/14/2023 at 10:00 AM
_____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9/21/23                                          *[signature]*
                                                       *Defendant's signature*

Date: 9/21/2023                                        *[signature]*
                                                       *Judicial Officer's Signature*

                                                       United States Magistrate Judge Helena Barch-Kuchta
                                                       *Printed name and title*