**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>Stephanie Wagner<br>Defendant. | Case No. 6:23-mj-00023-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. § 4.23(a)(2)

**Sentence Date:** October 13, 2023

**Review Hearing Date:** August 11, 2026

**Probation Expires On:** October 13, 2026

***<u>CONDITIONS OF UNSUPERVISED PROBATION:</u>***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 which Total Amount is made up of a Fine: $ Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:** X

☒ **Other Conditions:** Abstain from alcohol and operating a vehicle with detectable alcohol; comply with chemical alcohol testing if requested; complete USMS booking; maintaining ignition interlock device for *first 24 months if driving*; and participating in impatient residential alcohol treatment for 12 months followed by alcohol counseling 2x/month for remainder of probation.

***<u>DEFENSE POSITION:</u>***

☒ To date, Defendant has paid a total of $ 10.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: As previously confirmed, Ms. Wagner successfully completed 12 months of inpatient residential alcohol treatment, *see* ECF No. 14. After graduating the inpatient program on October 9, 2024, Ms. Wagner began the intake process to begin her alcohol counseling sessions twice a month, which remains ongoing. As of October 13, 2025, Ms. Wagner was no longer required to have an interlock device in her vehicle.

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☒ Defendant has complied with and completed all conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Nancy Phillipe (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/11/2026 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated. In the alternative, Ms. Wagner requests that the review hearing be conducted virtually as previously approved. The government does not object to vacating the review hearing.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed. The government is in agreement with this request.

DATED: 7/28/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED to a limited extent. The Court orders that the Review Hearing be vacated. Defendant remains on unsupervised probation and subject to all conditions until October 13, 2026

☐ DENIED.

Dated: August 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE